CATHERINE GROSSMAN, as Administratrix of the Estate of WILLIAM SCHOLL, Deceased, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant, Impleaded with Another.

(Argued March 8, 1934; decided March 23, 1934.)

*Alfred T. Davison, James M. O'Neill* and *Addison B. Scoville* for appellant.

*Vincent L. Leibell* and *R. Robert Caplan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.